# In the United States Court of Federal Claims

Case No. 05-637C
(Filed: August 15, 2005)

*****************************************************
RIDGEWAY COURT 1, *
A LIMITED PARTNERSHIP, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Parties' **Joint Motion for Stay of Proceedings of this case** (filed August 11, 2005), while certain related cases remain in the Court's Alternative Dispute Resolution program, is hereby **GRANTED**. **If no amicable resolution is met, the parties shall file the Joint Preliminary Status Report 14 days after conclusion of ADR.**

**Parties are requested to file a Joint Status Report every 90 days, commencing November 15, 2005, providing the posture of the 100 or more related cases mentioned in the joint motion.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge