**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

RIDGEWAY COURT I,
A Limited Partnership

Plaintiffs,

v.

THE UNITED STATES

Defendant.

**File No. 05-637C**
**(Judge Lawrence M. Baskir)**

## JOINT STATUS REPORT

Pursuant to the Court's Order of August 15, 2005, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their continuing efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

The parties are pleased to report that they have made significant progress in their efforts to settle this matter as well as hundreds of other related cases. Counsel for the parties have held numerous conferences and meetings over the past two months in an attempt to reach final agreement on various settlement terms. These discussions have included lengthy face-to-face meetings held on December 16, 2005 and January 17, 2006 in Washington, D.C., and numerous telephonic conferences, including discussions held on January 6, 2006, January 20, 2006, January 23, 2006, January 26, 2006, February 6, 2006, and February 8, 2006.

In connection with these discussions, plaintiffs forwarded to defendant on January 20, 2006 a detailed settlement term sheet. The parties are in the process of discussing and revising

these terms with the goal of preparing a final settlement agreement that would encompass not only the claims in this matter, but also potentially the claims of more than 600 plaintiffs in approximately 200 related cases pending before the Court.

The parties have also been greatly assisted in their settlement efforts by the involvement of the Alternative Dispute Resolution judge, the Honorable Marian Blank Horn. The parties submitted status reports to the ADR judge on December 19, 2005 and January 11, 2006, and then held an in-person conference with the ADR judge on January 18, 2006. The parties are scheduled to hold another conference with Judge Horn on February 13, 2006.

In sum, the parties believe that they have made substantial progress in recent months and desire to continue with their efforts to reach an amicable resolution of this matter.

Finally, pursuant to the Court's request, attached is a chart that identifies each of the related cases referred to in the parties' Joint Motion for a Stay of Proceedings and notes the current status of each case.

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
Mark D. Savin, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 13, 2006

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**

DAVID M. COHEN
Director

**s/ Shalom Brilliant**

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*