| Case No. | Plaintiff | Judge | Status |
|---|---|---|---|
| 96-699 C | Adams et al. (consolidated with Bellas Domas, No. 98-826) | Margaret M. Sweeney | Active |
| 97-381 C | Franconia Associates et al. ) including consolidated cases Nos. 97-3811 through 97-38130) [case closed] | Francis M. Allegra | Closed |
| 98-726 C | Grass Valley Terrace (Nos. 98-726 C, 98-726-2C through 98-726-14C and 04-1299 C & 04-1317 C) | Edward J. Damich | Active |
| 98-823 C | Allegre Villa (including consolidated cases Nos. 98-8321 through 98-82393) | Christine O.C. Miller | Active |
| 03-2264 C | A.F.T.E.R., Inc. | Susan G. Braden | Active |
| 04-1259 C | Ramona Investment Group II, a California Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 04-1260 C | Chowchilla Investment Group, a California Limited Partnership | Francis M. Allegra | Stayed |
| 04-1261 C | Hollister Investment Group, a California Limited Partnership | Susan G. Braden | Stayed |
| 04-1262 C | Lado Del Rio Investors, a California Limited Partnership | Victor J. Wolski | Stayed |
| 04-1263 C | Carson Ridge Investors I, a Califronia Limited Partnership | Loren A. Smith | Stayed |
| 04-1264 C | Auburn Investment Group, a Califorinia Limited Partnership | Eric G. Bruggink / ADR Marian Blank Horn | ADR |
| 04-1265C | Joseph P. Tate, Sole Proprietorship | George W. Miller | Stayed |
| 04-1266 C | Kerman Investment Group, a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1267 C | Ramona Investment Group I, a California Limited Partnership | Robert H. Hodges, Jr. / ADR Marian Blank Horn | ADR |
| 04-1284 C | Grass Valley Investment Group I, a California Limited Parnterhsip | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1285 C | El Paseo Ltd., a California Limited Partnership | Christine O.C. Miller | Stayed |
| 04-1286 C | Gardenerville Investment Group, a California Limited Partnership | Charles F. Lettow | Stayed |
| 04-1287 C | Brawley I Investment Group, a California Limited Partnership | Lawrence M. Baskir / ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 04-1288 C | Exeter Enterprises, a California Limited Partnership | Francis M. Allegra | Stayed |
| 04-1289 C | Yreka Investment Group, a California Limited Partnership | Susan G. Braden | Stayed |
| 04-1290 C | Mariposa Enterprises II, a California Limited Partnership | Victor J. Wolski | Stayed |
| 04-1291 C | Lake Havasu Investment Group, a California Limited Partnership | Christine O.C. Miller | Stayed |
| 04-1292 C | Kelseyville Investment Group, a California Limited Partnership | Loren A. Smith | Stayed |
| 04-1293 C | Seeley Investment Group, a California Limited Partnership | ADR Marian Blank Horn | ADR |
| 04-1294 C | Shasta View Ranch, a Califorina Limited Partnership | George W. Miller | Stayed |
| 04-1295 C | Weaverville Investment Group (II), a California Limited Partnership | Loren A. Smith | Stayed |
| 04-1296 C | Holtville Investment Group, a California Partnership | Robert H. Hodges, Jr. | Stayed |
| 04-1297 C | Hollister Investment Group II, a California Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 04-1298 C | Grass Valley Investment Group II, a California Limited Parnterhsip | Emily C. Hewitt | Stayed |
| 04-1300 C | Tunnel Street, a California Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 04-1301 C | Ashland II Investment Group, a California Limited Partnership | Lawrence J. Block | Stayed |
| 04-1302 C | Diamond Springs Investment Group (II), a California Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1303 C | Diamond Springs Apartments (I), a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1304 C | California Terrace Apartments, a Califronia Limited Partnership | Charles F. Lettow | Stayed |
| 04-1305 C | Brawley II Investment Group, a California Limited Partnership | Lawrence M. Baskir / ADR Marian Blank Horn | ADR |
| 04-1306 C | 1st Trust & State Bank of Kankakee, Trust N. 5206 | Francis M. Allegra | Stayed |
| 04-1307 C | Arvin Investment Group, a California Limited Partnership | Susan G. Braden | Stayed |
| 04-1308 C | Land Trust No. 6005, State Bank of Jerseyville | Victor J. Wolski | Stayed |

| | | | |
|---|---|---|---|
| 04-1309 C | Anthony Garden Apartments, a California Limited Partnership | Christine O.C. Miller | Stayed |
| 04-1310 C | O.B. Partnerhsip, a Limited Partnership | Loren A. Smith | Stayed |
| 04-1311 C | Los Banos Garden Apartments (II), a California Limited Partnership | ADR Marian Blank Horn | ADR |
| 04-1312 C | Los Banos Investment Group I, a California Limited Partnership | George W. Miller | Stayed |
| 04-1313 C | Thermal Properties LTD., a California Limited Partnership | Diane Gilbert Sypolt | Stayed |
| 04-1314 C | Carson Ridge Investment Group II, a Califronia Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 04-1315 C | Pixley Investment Group, a California Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 04-1316 C | Oakhurst Enterprises II, a California Limited Partnership | Emily C. Hewitt | Stayed |
| 04-1318 C | Rio Dell Enterprises, a California Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 04-1319 C | Hollister Investment Group III, a California Limited Partnership | Lawrence J. Block | Stayed |
| 04-1320 C | Weaverville Investment Group (I), a California Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 04-1321 C | Michelle Manor, a California Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 04-1322 C | Kingsburg Investment Group, a California Limited Partnership | Charles F. Lettow | Stayed |
| 04-1710 C | John E Brandli, Sole Proprietorship | Eric G. Bruggink / ADR Marian Blank Horn | ADR |
| 04-1740 C | Roberta R. Carpenter, Surviving Joint Cotenant | George W. Miller | Active |
| 04-1741 C | Carren Properties, a General Partnership | Lawrence S. Margolis | Stayed |
| 05-622 C | GLS Limited Partnership #13 | Victor J. Wolski | Stayed |
| 05-623 C | GLS Limited Partnership #6 | ADR Marian Blank Horn | ADR |
| 05-624 C | GLS Limited Partnership #9 | Edward J. Damich | Stayed |
| 05-625 C | GLS Limited Partnership #2 | Susan G. Braden | Stayed |
| 05-630 C | Windsor Greens, a Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-631 C | Wing Manor, a General Partnership | Francis M. Allegra | Stayed |
| 05-632 C | Williston Village, a Limited Partnership | John P. Wiese | Stayed |
| 05-633 C | Thompson Manor, a General Partnership | Susan G. Braden | Stayed |

| | | | |
|---|---|---|---|
| 05-634 C | Southgate Village, a Limited Partnership | Charles F. Lettow | Stayed |
| 05-635 C | Rudolf Square, a Limited Partnerhship | Lynn J. Bush / ADR Eric G. Briggink | ADR |
| 05-636 C | Ridgeway Court II, a Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-637 C | Ridgeway Court I, a Limited Partnership | Lawrence M. Baskir / ADR Robert H. Hodges, Jr. | ADR |
| 05-638 C | Poplar Drive Court, a Limited Partnership | Bohdan A. Futey / ADR Christine O.C. Miller | ADR |
| 05-639 C | Pleasant View Manor, a Limited Partnership | Francis M. Allegra | Stayed |
| 05-640 C | Park River Village, a General Partnership | Edward J. Damich | Stayed |
| 05-641 C | Oak Crest Manor, a Limited Partnership | Lawrence S. Margolis | Stayed |
| 05-642 C | Maplewood Apartments, a Limited Partnership | James F. Merow | Stayed |
| 05-643 C | Jamestown Village, a Limited Partnership | Emily C. Hewitt | Stayed |
| 05-644 C | Greentree Square, a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-645 C | Clay Housing, a Limited Partnerhsip | Eric G. Bruggink / ADR Marian Blank Horn | ADR |
| 05-646 C | Bridgeford Apartments, a Limited Partnership | Lawrence J. Block | Stayed |
| 05-647 C | Aspen Greens II, a Limited Partnership | Christine O.C. Miller | Stayed |
| 05-650 C | Hampton Court, a Limited Partnerhsip | Susan G. Braden | Stayed |
| 05-651 C | Ashland Apartments Limited | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-653 C | Aspen Greens, a Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 05-654 C | Barnesville Apartments, a General Partnership | Loren A. Smith | Stayed |
| 05-655 C | The Barrington Apartments Limited Partnership | Thomas C. Wheeler | Stayed |
| 05-656 C | Chamberlain River Buttes II | Charles F. Lettow | Stayed |
| 05-657 C | Circle Pines, a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-658 C | Elk Ridge Manor Apartments Limited Partnership | Lawrence J. Block | Stayed |
| 05-659 C | Hanska Housing Limited Partnership | Edward J. Damich | Stayed |
| 05-660 C | HDMD Properties-Redfield, a Limited Partnership | ADR Marian Blank Horn | ADR |
| 05-661 C | HDMD Properties-Winner, a Limited Partnership | Emily C. Hewitt | Stayed |

| | | | |
|---|---|---|---|
| 05-662 C | Maple River Manor, a Limited Partnership | Thomas C. Wheeler / ADR Robert H. Hodges, Jr. | ADR |
| 05-663 C | Pelican River Apartments, a Limited Partnership | Charles F. Lettow | Stayed |
| 05-664 C | Pelican River Apartments II | Edward J. Damich | Stayed |
| 05-665 C | Pheasant Ridge Apartments Limited Partnership | ADR Marian Blank Horn | ADR |
| 05-666 C | Ridge Manor Apartments Limited Partnership | Lawrence M. Baskir / ADR Marian Blank Horn | ADR |
| 05-667 C | Riverside Apartments of Princeton Limited Partnership | Nancy B. Firestone | Stayed |
| 05-668 C | Spearfish S.D. Investors Limited Partnership | Victor J. Wolski | Stayed |
| 05-669 C | Willow Creek Limited | Lawrence J. Block | Stayed |
| 05-670 C | York Apartments, a Limited Partnership | Christine O.C. Miller | Stayed |
| 05-805 C | Olivehurst Apts., a Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-806 C | Pam, Inc. | Edward J. Damich | Stayed |
| 05-807 C | Park Kingsburg, a Limited Partnership | Loren A. Smith | Stayed |
| 05-808 C | Ripon Associates 82, a Limited Partnership | Christine O.C. Miller | Stayed |
| 05-809 C | Searles Apartments, a Limited Partnership | Francis M. Allegra | Stayed |
| 05-810 C | Security Enterprises | Susan G. Braden | Stayed |
| 05-811 C | Sunset Street Apartments, a California Limted Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-812 C | S.I.R.A. Enterprises, a Limited Partnership | Lawrence J. Block | Stayed |
| 05-813 C | Waterford Garden Apts., a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-814 C | Tulare Apts., a Limited Partnership | Francis M. Allegra | Stayed |
| 05-815 C | Nye County Associates, a California Limited Partnership | Charles F. Lettow | Stayed |
| 05-816 C | Mist, a California Limited Partnership | Edward J. Damich | Stayed |
| 05-817 C | Mesa Grande Investors, a California Limited Partnership | Victor J. Wolski | Stayed |
| 05-818 C | Mountain Senior Center, a California Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 05-819 C | Mojave Villa Apartments, a Limited Partnership | Christine O.C. Miller | Stayed |
| 05-820 C | Mulberry Villa Apartments, a Limited Partnership | Emily C. Hewitt | Stayed |

| | | | |
|---|---|---|---|
| 05-821 C | Evergreen Apts., a Limited Partnerhsip | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-822 C | Burney Villa Apartments, a Limited Partnership | Lawrence M. Baskir / ADR Robert H. Hodges, Jr. | ADR |
| 05-823 C | Live Oak Apartments, a Limited Partnership | Loren A. Smith | Stayed |
| 05-824 C | Lillyhill Apartments, a Limited Partnerhsip | Eric G. Bruggink / ADR Marian Blank Horn | ADR |
| 05-825 C | Imperial Villa Apartments | Mary Ellen Coster Williams | Stayed |
| 05-826 C | Alder Apts., a Limited Partnership | Francis M. Allegra | Stayed |
| 05-827 C | Altaville Apts., a Limited Partnership | Lawrence J. Block | Stayed |
| 05-828 C | Arvin Apts., a Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-829 C | Bardsley Gardens, a Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-830 C | Highland Ventures, a California Limited Partnership | Charles F. Lettow | Stayed |
| 05-841 C | Riverbank Associates, a California Limited Partnership | Lawrence M. Baskir / ADR Robert H. Hodges, Jr. | ADR |
| 05-842 C | Patterson Associates, a California Limited Partnership | Susan G. Braden | Stayed |
| 05-843 C | Maywood Associates, a Limited Partnership | Lynn J. Bush / ADR Christine O.C. Miller | ADR |
| 05-844 C | Valley View Associates Limited Partnership | Emily C. Hewitt | Stayed |
| 05-845 C | Somerset Village Associates Limited Partnership | Bohdan A. Futey / ADR Marian Blank Horn | ADR |
| 05-846 C | Stephens Associates Limited Partnership | Christine O.C. Miller | Stayed |
| 05-847 C | Scottdale II Associates Limited Partnership | Mary Ellen Coster Williams | Stayed |
| 05-848 C | Pocatalico Village Associates II Limited Partnership | Edward J. Damich | Stayed |
| 05-849 C | Littlestown Villas Limited Partnership | Robert H. Hodges Jr | Stayed |
| 05-850 C | Great Mills Elderly Limited Partnership | Charles F. Lettow | Stayed |
| 05-851 C | Gettysburg Place Associates Limited Partnership | Lawrence S. Margolis | Stayed |
| 05-852 C | Chancellors Run Associates Limited Partnership | Francis M. Allegra | Stayed |

| | | | |
|---|---|---|---|
| 05-853 C | Culpeper Apartments Associates Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-854 C | Breton Bay Associates Limited Partnership | John P. Wiese | Stayed |
| 05-855 C | Hill City Apartments, a General Partnership | Lawrence M. Baskir / ADR Christine O.C. Miller | ADR |
| 05-856 C | Keewatin Apartments, a General Partnership | James F. Merow | Stayed |
| 05-894 C | Reo Vista Limited Partnership | Susan G. Braden | Stayed |
| 05-895 C | Onancock Associates Limited Partnership | Emily C. Hewitt | Stayed |
| 05-896 C | Toano II Limited Partnership | Edward J. Damich | Stayed |
| 05-897 C | Franklin II Limited Partnership | Francis M. Allegra | Stayed |
| 05-898 C | Toano Associates Limited Partnership | Susan G. Braden | Stayed |
| 05-899 C | Chuckatuck Limited Partnership | Emily C. Hewitt | Stayed |
| 05-923 C | Associated Housing Group, A Limited Partnership | Robert H. Hodges Jr | Stayed |
| 05-1085 C | Indian Head Village Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-1086 C | Kent Island Village Limited Partnership | Charles F. Lettow | Stayed |
| 05-1087 C | Leonards Freehold Limited Partnership | Lawrence J. Block | Stayed |
| 05-1088 C | Leonardtown Village Limited Partnership | Thomas C. Wheeler | Stayed |
| 05-1089 C | Lexington Village Limited Partnership | Edward J. Damich | Stayed |
| 05-1090 C | Prince Frederick Senior Village Limited Partnership | Nancy B. Firestone / ADR Marian Blank Horn | ADR |
| 05-1091 C | Prince Frederick Village Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-1092 C | Princeton Limited Partnership | Eric G. Bruggink | Stayed |
| 05-1093 C | Stevensville Village Limited Partnership | Susan G. Braden | Stayed |
| 05-1094 C | Taneytown Village Limited Partnership | Loren A. Smith | Stayed |
| 05-1095 C | Thurmont Village Limited Partnership | Eric G. Bruggink | Stayed |
| 05-1096 C | Valley Drive-Lexington Park Limited Partnership | Loren A. Smith | Stayed |
| 05-1097 C | Village Green Limited Partnership | Emily C. Hewitt | Stayed |
| 05-1098 C | Carroll-LaPlata Village Limited Partnership | Victor J. Wolski | Stayed |
| 05-1099 C | Colonial Beach Apartments Limited Partnership | Francis M. Allegra | Stayed |
| 05-1100C | Green Village Limited Partnership | Lynn J. Bush / ADR Marian Blank Horn | ADR |
| 05-1101 C | Indian Head Elderly Limited Partnership | Robert H. Hodges, Jr. | Stayed |
| 05-1156 C | Windtryst, Ltd | Susan G. Braden | Stayed |
| 05-1157 C | Tammerland Three, Ltd. | Lawrence M. Baskir / ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 05-1158 C | Lloyd H. Wentworth | Thomas C. Wheeler | Stayed |
| 05-1159 C | Fox Hollow, Ltd. | Victor J. Wolski | Stayed |
| 05-1253 C | Kalispell Investment Group I, a California Limited Partnership | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 05-1254 C | Hailey Investment Group, a California Limited Partnership | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 05-1255 C | Mountainvilla Apartments, a California Limited Partnership | Loren A. Smith/ ADR Marian Blank Horn | ADR |
| 05-1295 C | Housing Associates of Dexter, LP | Robert H. Hodges, Jr./ ADR Marian Blank Horn | ADR |
| 05-1296 C | Desoto Associates II Limited Partnership | Francis M. Allegra/ ADR Marian Blank Horn | ADR |
| 05-1297 C | Heather Ridge, Ltd. | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 05-1298 C | Fairview Properties, Ltd. | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 05-1299 C | Nixa Apartments Limited Partnership | Lawrence S. Margolis/ ADR Marian Blank Horn | ADR |
| 05-1300 C | Essex Downs, Ltd. | Mary Ellen Coster Williams/ ADR Marian Blank Horn | ADR |
| 05-1301 C | Desoto Associates III Limited Partnership | Edward J. Damich/ ADR Marian Blank Horn | ADR |
| 05-1302 C | Husky South Bypass Apartments, LP | James F. Merow/ ADR Marian Blank Horn | ADR |
| 05-1303 C | North Towne Properties I, L.P. | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |
| 05-1304 C | Republic III Apartments, L.P. | Francis M. Allegra/ ADR Marian Blank Horn | ADR |
| 05-1305 C | Tree Top Associates Ltd. II, a Limited Partnership | Loren A. Smith/ ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 05-1306 C | Winfield Properties II, L.P. | Edward J. Damich/ ADR Marian Blank Horn | ADR |
| 05-1307 C | Advance Properties Associates, L.P. | Nancy B. Firestone/ ADR Marian Blank Horn | ADR |
| 05-1308 C | Bement Housing Partners, L.P. | Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 05-1309 C | Brighton Partners, a Limited Partnership | Emily C. Hewitt/ ADR Marian Blank Horn | ADR |
| 05-1334 C | J.E.L. and Associates, LP | Robert H. Hodges, Jr./ ADR Marian Blank Horn | ADR |
| 05-1335 C | Kennett Associates, LP | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |
| 05-1336 C | Lavergne Apartments, Ltd. | Lawrence J. Block/ ADR Marian Blank Horn | ADR |
| 05-1337 C | Jeffrey J. and Rosemary B. Weymouth | Mary Ellen Coster Williams/ ADR Marian Blank Horn | ADR |
| 05-1338 C | Missouri Rural Housing of Nixa II, LP | Charles F. Lettow/ ADR Marian Blank Horn | ADR |
| 05-1339 C | Manchester Properties, Ltd. | Emily C. Hewitt/ ADR Marian Blank Horn | ADR |
| 05-1340 C | Missouri Rural Housing of Nixa, LP | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 05-1343 C | Oakmore Development Co., LP | Lynn J. Bush/ ADR Marian Blank Horn | ADR |
| 05-1344 C | Morgan Road, Ltd. | Francis M. Allegra/ ADR Marian Blank Horn | ADR |
| 05-1345 C | Republic Heights Apartments, LP | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |
| 05-1346 C | Pevely Associates I Limited Partnership | Chief Edward J. Damich/ ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 05-1348 C | Snyder Properties Limited II, LP | Lawrence J. Block/ ADR Marian Blank Horn | ADR |
| 05-1349 C | Waveland, Ltd. | Robert H. Hodges, Jr./ ADR Marian Blank Horn | ADR |
| 05-1360 C | Paragould Associates I, L.P. | Nancy B. Firestone/ ADR Marian Blank Horn | ADR |
| 05-1361 C | Union Housing Partnership | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 05-1362 C | Troy Village Phase I, L.P. | Charles F. Lettow/ ADR Marian Blank Horn | ADR |
| 05-1363 C | Washington Housing Associates, L.P. | Emily C. Hewitt/ ADR Marian Blank Horn | ADR |
| 05-1364 C | Colleen Manor, Limited | Francis M. Allegra/ ADR Marian Blank Horn | ADR |
| 05-1365 C | St. Clair Senior Apartments, L.P. | Charles F. Lettow/ ADR Marian Blank Horn | ADR |
| 05-1366 C | Sikeston Associates II, L.P. | Nancy B. Firestone/ ADR Marian Blank Horn | ADR |
| 05-1367 C | Riverton Apartment CO., a/k/a Magna Trust Company, Trust 756 | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 05-1368 C | Troy Village Limited Partnership | Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 05-1369 C | Shadow Oaks, Ltd. | Lynn J. Bush/ ADR Marian Blank Horn | ADR |
| 05-1372 C | Crosby Street Associates | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |
| 05-1373 C | Wildewood Acres Associates | Mary Ellen Coster Williams/ ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 05-1374 C | Robert N. and Shirley A. Kenney | Susan G. Braden/ ADR Marian Blank Horn | ADR |
| 05-1375 C | Fort Fairfield Realty Associates | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 05-1376 C | Beech Cliff | Lawrence J. Block/ ADR Marian Blank Horn | ADR |
| 05-1386 C | H. Wayne Henderson | Lynn J. Bush/ ADR Marian Blank Horn | ADR |
| 05-1387 C | Bahre Brothers, A Partnership | Nancy B. Firestone/ ADR Marian Blank Horn | ADR |
| 05-1388 C | Bridge Hill Apartments Associates | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 05-1389 C | Frederick Villas Limited Partnership | Emily C. Hewitt. ADR Marian Blank Horn | ADR |
| 05-1390 C | Robert C. & Estelle W. Wellman | Senior Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 05-1391 C | Waldoborough Village Apartments | Senior James F. Merow/ ADR Marian Blank Horn | ADR |
| 05-1392 C | Summer Field Associates | Charles F. Lettow/ ADR Marian Blank Horn | ADR |
| 05-1393 C | John D. and Susan B. Morris | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |
| 05-1394 C | Robert M. and Joan S. Moorehead | Francis M. Allegra/ ADR Marian Blank Horn | ADR |
| 05-1395 C | Jack E. Marshall | Susan G. Braden/ ADR Marian Blank Horn | ADR |
| 05-1396 C | Kennebunk Real Estate Associates | Senior John P. Wiese/ ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 05-1397 C | Hillside Terrace Associates, a Limited Partnership | Chief Edward J. Damich/ ADR Marian Blank Horn | ADR |
| 06-4 C | Robert P. Bahre and Sandra L. Bahre | Lawrence J. Block/ ADR Marian Blank Horn | ADR |
| 06-5 C | Christopher-Sesser Partners, L.P. | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |
| 06-6 C | Chrisman Housing Partners, L.P. | Charles F. Lettow/ ADR Marian Blank Horn | ADR |
| 06-7 C | Cameron Greens, Ltd. | Eric G. Bruggink/ ADR Marian Blank Horn | ADR |
| 06-8 C | Holcomb Rural Housing, a Limited Partnership | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 06-9 C | Hoopeston II Partners, L.P. | Nancy B. Firestone/ ADR Marian Blank Horn | ADR |
| 06-10 C | Greensburg Rural Housing, a Limited Partnership | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 06-13C | Pana Housing Partners, L.P. | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 06-14C | Warrenton Associates I, L.P. | Lynn J. Bush/ ADR Marian Blank Horn | ADR |
| 06-15C | Wentzville Housing Associates, L.P. | Emily C. Hewitt/ ADR Marian Blank Horn | ADR |
| 06-16C | Winfield Properties I, L.P. | Edward J. Damich/ ADR Marian Blank Horn | ADR |
| 06-17C | Breese Associates, L.P. | Susan G. Braden/ ADR Marian Blank Horn | ADR |
| 06-18C | Macon Housing Partners, L.P. | Lawrence M. Baskir/ ADR Marian Blank Horn | ADR |

| | | | |
|---|---|---|---|
| 06-19C | Macoupin Housing Partners, L.P. | Victor J. Wolski/ ADR Marian Blank Horn | ADR |
| 06-20C | One Eighty-Two Housing Partners, L.P. | Christine O.C. Miller/ ADR Marian Blank Horn | ADR |
| 06-22 C | Hartle Real Estate | Lynn J. Bush/ ADR Marian Blank Horn | ADR |