# In the United States Court of Federal Claims

**Case Nos. 04-1287C; 04-1305C; 05-822C; 06-5C; 05-1372C; 05-855C; 05-1335C; 06-18C; 05-1393C; 05-1303C; 05-1345C; 05-666C; 05-637C; 05-841C; 06-327C; 06-263C; 06-337C; 06-272C; 05-1157C; 04-1313C (Consolidated)**
**(Filed: August 18, 2006)**

*****************************************************
**BRAWLEY I INVESTMENT GROUP,** *
**a California Limited Partnership,** *
**BRAWLEY II INVESTMENT GROUP,** *
**a California Limited Partnership,** *
**BURNEY VILLA APARTMENTS,** *
**a Limited Partnership,** *
**CHRISTOPHER-SESSER PARTNERS, L.P.,** *
**CROSBY STREET ASSOCIATES,** *
**HILL CITY APARTMENTS,** *
**a General Partnership,** *
**KENNETT ASSOCIATES, LP,** *
**MACON HOUSING PARTNERS, LP,** *
**JOHN D. & SUSAN B. MORRIS,** *
**NORTH TOWNE PROPERTIES I, LP,** *
**REPUBLIC HEIGHTS APARTMENTS, LP,** *
**RIDGE MANOR APARTMENTS** *
**a LIMITED PARTNERSHIP,** *
**RIDGEWAY COURT 1,** *
**a LIMITED PARTNERSHIP,** *
**RIVERBANK ASSOCIATES, a California** *
**Limited Partnership,** *
**RUBY MOUNTAIN INVESTMENTS, a** *
**Nevada Limited Partnership,** *
**SPICER LIVING CENTER, a** *
**Minnesota Partnership,** *
**SEWARD ASSOCIATES, an Idaho** *
**Limited Partnership,** *
**SYRACUSE DEVELOPERS II,** *
**PARTNERSHIP,** *
**TAMMERLANE THREE, LTD,** *
**THERMAL PROPERTIES, LTD.,** *
**a California Limited Partnership,** *
***Plaintiffs,*** *
**v.** *
*
**THE UNITED STATES OF AMERICA,** *
***Defendant.*** *
*****************************************************

**ORDER**

In an effort to avoid having the parties file multiple joint status reports (JSR's) stating essentially the same information, the Court adopts the following process:

For judicial efficiency, the **20 above listed cases** (which are suspended for ADR) **shall be consolidated for status reporting purposes only.** ***Brawley I,*** Case No. 04-1287C, **shall be the lead case**.

On **August 28, 2006,** and **every 90 days thereafter**, the parties shall file a single JSR in *Brawley I* updating the Court as to the progress of ADR and settlement in the above listed cases (and only those cases).

To the extent the progress is the same for each case, the JSR shall so indicate. To the extent the progress is different among cases, the JSR shall indicate clearly the differences.

All prior Orders requiring individual JSR's in the above listed cases are hereby modified.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge